O'MALLEY v. TIMES PUB. CO. et al. (Circuit Court, E. D. Pennsylvania. January 27, 1906.) No. 24. Rule to Amend Suit. See 135 Fed. 909. Myles Higgins, Ambrose Higgins, and John T. Lenahan, for plaintiff. Beck & Robinson, for defendants.

HOLLAND, District Judge. For the reasons given in the case of Wright v. Copper Company, 206 Pa. 274, 55 Atl. 978, a case in which the facts are the same as the one in hand, the rule on defendants to show cause why the record in this case should not be amended, and the name of "The Times Publishing Company" be made to read "The Philadelphia Times Company," is made absolute, and the plaintiff required to file the amendment within 10 days from this date.